RECEIVED
USDC. CLERK GREENVILLE
2026 OCT 27 AM 10: 14

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

UNITED STATES OF AMERICA
v.
DEXTER WARDELL LOVETT SR.

Case No. 6:24-cr-00297

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, Dexter Wardell Lovett Sr., proceeding pro se, and respectfully moves this Honorable Court for early termination of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of this motion, the Defendant states as follows:

1. The Defendant began his term of supervised release on April 9, 2025, and has successfully completed eighteen (18) months of supervision.
2. Since the commencement of supervision, the Defendant has remained in full compliance with all terms and conditions imposed by the Court. He has committed no violations and has demonstrated consistent law-abiding behavior.
3. The Defendant has secured and maintained employment as a **Branch Manager at Match Staffing**, demonstrating his commitment to professional development, leadership, financial responsibility, and long-term stability.
4. Through his employment, the Defendant has continued to develop professionally and take on responsibilities that reflect his commitment to becoming a productive and contributing member of society.
5. The Defendant is also actively involved in his church community, where he provides guidance and mentorship to youth. Through this involvement, he demonstrates a

commitment to serving others, encouraging positive decision-making, and contributing constructively to his community.

6. The Defendant has worked to establish a stable and productive lifestyle through employment, professional development, community involvement, and adherence to the requirements of supervised release. These efforts reflect his commitment to rehabilitation and his desire to remain a responsible and productive member of society.

7. The Defendant respectfully submits that his conduct during supervision demonstrates meaningful progress toward rehabilitation and an ability to continue maintaining a law-abiding lifestyle.

8. Continued supervision presents limitations on the Defendant's professional growth and advancement. His responsibilities as Branch Manager at Match Staffing may require him to participate in professional meetings, training opportunities, business travel, and other work-related activities. Any requirement to obtain advance approval for travel may create obstacles to participating in these opportunities and fulfilling his professional responsibilities.

9. Pursuant to 18 U.S.C. § 3583(e)(1), the Court may terminate a term of supervised release after the expiration of one year of supervised release, after considering the applicable factors set forth in 18 U.S.C. § 3553(a), if the Defendant's conduct and the interest of justice warrant such action. The Defendant respectfully submits that his employment stability, personal responsibility, rehabilitation efforts, and positive community involvement support consideration of early termination, provided the statutory requirements are satisfied.

10. The Defendant respectfully submits that continued supervision may no longer be necessary to accomplish the purposes of sentencing in light of his progress and demonstrated commitment to rehabilitation. Early termination would allow him to pursue professional opportunities, fulfill his employment responsibilities, and continue contributing positively to his community while maintaining the responsible lifestyle he has worked to establish.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this Motion and order the early termination of his supervised release, as such action is warranted by the Defendant's conduct and is in the interest of justice.

Respectfully submitted,

Dexter Wardell Lovett Sr.

87 Swain Rd
Campobello, SC, 29322
864-327-7867
dxlovett@yahoo.com

Date: October 26, 2026