Dexter Wardell Lovett Sr.

87 Swain Rd

Campobello, SC 29322

dxlovett@yahoo.com

864-327-7867

**To Whom It May Concern:**

I am writing to provide an overview of my activities over the past year, including my employment, church involvement, community participation, and the reason for my request for early release from probation.

Over the past year, I have been employed at Match Staffing as a Branch Manager, where my responsibilities include overseeing operations, supporting staff, providing leadership, and ensuring that daily activities are conducted efficiently and professionally. This role has allowed me to strengthen my professional skills and contribute meaningfully to my team and organization.

In addition to my work obligations, I have been actively involved with Maybry's Temple Bibleway Church located in Campobello, SC, serving as the President of the Brotherhood, where I hold monthly Brotherhood meetings. I also serve as a Trustee within the church and sit on the Board of Church Offices. Through this involvement, I have participated in church leadership, service activities, and spiritual development efforts, which have helped me grow both spiritually and personally.

Within the community, I have committed time to volunteering and conducting outreach with organizations such as Brothers United for Change, which includes brothers of all nationalities who are dedicated to positively impacting the world through service to others, while elevating the mindset and actions of both our youth and our brothers by exhibiting God's love for all people. My participation in these activities has been focused on supporting and uplifting individuals and families within the community, reflecting my ongoing dedication to giving back and supporting others.

The reason I am respectfully requesting early release from probation is to meet job promotional requirements and to allow me the ability to travel freely for both work responsibilities and church-related activities. This opportunity would enable me to continue growing professionally while also expanding my service and outreach efforts without limitation.

Overall, this year has been one of meaningful work, service, and personal growth. I remain committed to contributing positively in all areas of my life—professionally, spiritually, and within my community.

Sincerely,

Dexter Wardell Lovett Sr.