PROBATION FORM NO. 35
(DSC 8/17)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dexter Wardell Lovett, Sr. | ) | Crim. No. 6:24CR00297-13 |

On April 8, 2025, the above named individual was sentenced to a three year term of Probation. The term of supervision commenced on April 8, 2025. Since that time, he has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Edward Barrett Ryan
Edward Barrett Ryan
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 13th day of November, 2026.

s/ Donald C. Coggins Jr.
The Honorable Donald C. Coggins, Jr.
United States District Judge